**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In Re:** | **Bankruptcy No. 24-31596** |
| **MMA Law Firm, PLLC,** | |
| **Debtor** | **Adv. Proc. No. 25-03310** |
| **CRISTOBAL M. GALINDO, P.C.,** | |
| **Plaintiff** | |
| **v.** | |
| **MMA LAW FIRM, PLLC,** | |
| **Defendant** | |

**DECLARATION OF JOHN ZACHARY MOSELEY**

I, John Zachary Moseley, declare as follows:

1. I am the managing member of MMA Law Firm, PLLC ("MMA" or "Debtor") and have been for the last five (5) years.
2. I have been involved with MMA since its inception.
3. MMA is the Debtor in the main Chapter 11 proceeding and is a Defendant in this Adversary proceeding.
4. I am over the age of 18, of sound mind, and competent to testify to the matters set forth in this Declaration.
5. I will be available to testify at trial in this adversary proceeding and will testify to the below facts.
6. I am unaware of any legal work performed by any attorney working for Cristobal M. Galindo, P.C. for any client represented by MMA.
7. If an attorney at Cristobal M. Galindo, P.C. had performed actual legal work on behalf of a client also represented by MMA, I would have actual knowledge of that fact.
8. I make this Declaration in support of MMA's Motion for Summary Judgment.

9. I have personal knowledge of the facts stated herein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: June 16, 2025

Signed: */s/John Zachary Moseley*
John Zachary Moseley