**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In Re:** | |
| **MMA Law Firm, PLLC,** | **Bankruptcy No. 24-31596** |
| **Debtor** | |
| **CRISTOBAL M. GALINDO, P.C.,** | **Adv. Proc. No. 25-03310** |
| **Plaintiff** | |
| **v.** | |
| **MMA LAW FIRM, PLLC,** | |
| **Defendant** | |

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

After considering the legal arguments and the competent summary judgment evidence, it is

**ORDERED** that Defendant's *Motion For Summary Judgment* is granted, and it is further

**ORDERED** that the claims asserted by the Plaintiff are dismissed in their entirety, with prejudice, and it is further

**ORDERED** that the Plaintiff shall have a take nothing judgment against the Defendant and the Plaintiff's proof of claim is disallowed in full, with Plaintiff having no claim against the Debtor's estate, and it is further

**ORDERED** that this is a final order and the Clerk shall close this adversary proceeding.

Dated: ________________

______________________________________
CHIEF UNITED STATES BANKRUPTCY JUDGE