United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 17, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-31596 |
| MMA LAW FIRM, PLLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |
| CRISTOBAL M. GALINDO P.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3310 |
| | § | |
| MMA LAW FIRM, PLLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**
**SETTING ELECTRONIC HEARINGs**
*ECF Nos. 57, 63 and 64*

1. On **Wednesday, July 16, 2025**, **at 1:30 p.m. (Central Standard Time)** the Court will conduct an electronic evidentiary hearings on: Motion for Entry of Default, **ECF No. 57**; Emergency Motion to Strike the Defendant's Answer to the Complaint, **ECF No. 63**, and Motion to Extend Time filed by MMA Law Firm, PLLC, **ECF No. 64**, before the United States Bankruptcy Court, Houston Division. For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX 78501.

2. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. For any witness and exhibits, parties must utilize Form 1-100 Witness & Exhibit List which can be located on this Court's home page at https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judgeeduardo-v-rodriguez

6. No later than Friday, June 20, 2025, Movant of each respective motion must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

SIGNED June 17, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge