IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § § | CASE No. 24-31596 |
| MMA LAW FIRM, PLLC, § § | CHAPTER 11 |
| DEBTOR. § | |

| | |
|---|---|
| CRISTÓBAL M. GALINDO, P.C., § § | |
| PLAINTIFF, § § | ADVERSARY NO. 25-3310 |
| VERSUS § § | |
| MMA LAW FIRM, PLLC, § § | |
| DEFENDANT. § | |

<u>**NOTICE OF NON-CONSENT**</u>
(Relates to Adversary Docket No. 2)

**TO THE HONORABLE EDUARDO V. RODRIGUEZ**
**CHIEF UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm (the "**Plaintiff**"), by and through its undersigned counsel, and files this Notice of Non-Consent, and would respectfully show as follows:

1. The Plaintiff does not consent to entry of final orders or a final judgment by the Bankruptcy Court in the above-styled adversary proceeding.

**WHEREFORE,** the Plaintiff respectfully requests that the Court take notice of this Notice and grant any and all further relief as is just and proper.

Dated:   June 30, 2025

           **R**UTH **A. V**AN **M**ETER**, P.C.**

By:   */s/ Ruth Van Meter*
    Ruth Van Meter
    State Bar No. 20661570
    ruth@vanmeterlaw.com
9322 Shady Lane Circle
Houston, Texas 77063
(713) 858-2891 (Direct)

**C**OUNSEL FOR **Cristóbal M. G**ALINDO**, P.C. D/B/A G**ALINDO **L**AW **F**IRM

- AND –

**H**AYWARD **PLLC**

By:   */s/ Charlie Shelton*
    Charlie Shelton
    State Bar No. 24079317
    CShelton@HaywardFirm.com
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100 (telephone/fax)

**C**OUNSEL FOR **Cristóbal M. G**ALINDO**, P.C. D/B/A G**ALINDO **L**AW **F**IRM

3 | P a g e

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on June 30, 2025, a true and correct copy of this Notice was filed with the Court and served via the Court's CM/ECF system upon all parties registered to receive such electronic service in this adversary proceeding, including the U.S. Trustee and the following parties:

Johnie Patterson
Walker & Patterson, P.C.
4815 Dacoma
Houston, Texas 77092
713.956.5577
713.956.5570 fax
jjp@walkerandpatterson.com

                                              *Ruth Van Meter*
                                              Ruth Van Meter