IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § | CASE No. 24-31596 |
| MMA LAW FIRM, PLLC, | | CHAPTER 11 |
| DEBTOR. | | |

| | | |
|---|---|---|
| CRISTÓBAL M. GALINDO, P.C., | § § § § § § § § § § | ADVERSARY NO. 25-3310 |
| PLAINTIFF, | | |
| VERSUS | | |
| MMA LAW FIRM, PLLC, | | |
| DEFENDANT. | | |

NOTICE OF WITHDRAWAL OF SUBPOENA OF
ELIZABETH PARKER WITHOUT PREJUDICE

**(RELATES TO ADVERSARY DOCKET NO. 79)**

PLEASE TAKE NOTICE that Plaintiff Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm, through its undersigned counsel, withdraws the Subpoena issued to Elizabeth Parker, on June 25, 2025 [Docket No. 79], without prejudice.

**RUTH A. VAN METER, P.C.**

By: */s/ Ruth Van Meter*
   Ruth Van Meter
   State Bar No. 20661570
   ruth@vanmeterlaw.com
9322 Shady Lane Circle
Houston, Texas 77063
(713) 858-2891 (Direct)

- and -

**HAYWARD PLLC**

By: */s/ Charlie Shelton*
   Charlie Shelton
   State Bar No. 24079317
   CShelton@HaywardFirm.com
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100 (telephone/fax)

**COUNSEL FOR Cristóbal M. GALINDO, P.C. D/B/A GALINDO LAW FIRM**

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on July 4, 2025, a true and correct copy of this Notice was filed with the Court and served via the Court's CM/ECF system upon all parties registered to receive such electronic service in this adversary proceeding, including the Debtor's Counsel.

Johnie J. Patterson
Walker & Patterson, P.C.
4815 Dacoma
Houston, Texas 77092
713.956.5577
713.956.5570 fax

*Counsel for the Debtor*

                                              */s/ Ruth Van Meter*
                                              Ruth Van Meter