IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re:<br><br>MMA Law Firm, PLLC,<br><br>    Debtor<br><br>CRISTOBAL M. GALINDO, P.C.,<br><br>Plaintiff<br><br>v.<br><br>MMA LAW FIRM, PLLC,<br><br>Defendant | Bankruptcy No. 24-31596<br><br>Adv. Proc. No. 25-03310 |

### ORDER GRANTING MMA LAW FIRM, PLLC'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE THE REPLY AND SUPPLEMENT AND, IN THE ALTERNATIVE, MOTION FOR LEAVE TO EXCEED PAGE LIMITS

It is

   **ORDERED** that Cristobal M. Galindo, P.C's Motion to Strike is DENIED in its entirety, and it is further

   **ORDERED** that the Reply [ECF No. 90] and the Supplemental Reply [ECF No. 92] filed by MMA Law Firm, PLLC shall be deemed properly filed and considered by the Court.

   Signed: July 11, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge