# WITNESS AND EXHIBIT LIST
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | In re MMA Law Firm, PLLC |

| | |
|---|---|
| **Adversary Case No:** | 25-03310 |
| **Style of Adversary:** | Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm vs. MMA Law Firm, PLLC |

| Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing. | Yes | No |
|---|---|---|
| | | X |
| | **Date** | **CM/ECF No.** |
| | | |
| | | |

| | |
|---|---|
| **Hearing/Trial Date:** | Wednesday, July 16, 2025 |
| **Hearing Time:** | 1:30 p.m. |
| **Party's Name:** | Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm |
| **Attorney's Name:** | Ruth Van Meter and Charlie Shelton |
| **Attorney's Phone:** | 713-858-2891 |

| | CM/ECF No. | Matter | |
|---|---|---|---|
| **Nature of Proceeding(s):** | 57 | Galindo's Motion for Entry of Default by Clerk | |
| | 63 | Galindo's Motion to Strike the Defendant's Answer | |
| | 64 | MMA's Motion to Extend Time and Accept Late Filed Answer | |
| | | | |
| | | | |
| | | | |
| | | | |

## WITNESS LIST

| | |
|---|---|
| **Lay Witnesses:** | Zach Moseley |
| | Any witness called or designated by another party |
| | |
| | |
| **Expert Witnesses:** | |
| | |

| REBUTTAL/ IMPEACHMENT WITNESSES | |
|---|---|
| **Lay Witnesses:** | Rebuttal/impeachment witnesses as necessary. |
| | |
| | |
| **Expert Witnesses:** | |
| | |

| | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| **GLF-1** | Scheduling Order [Docket No. 2] | | | |
| **GLF-2** | Complaint [Docket No. 39] | | | |
| **GLF-3** | Exhibit A to Complaint [Docket No. 39-1] | | | |
| **GLF-4** | Galindo's Motion for Entry of Default [Docket No. 57] | | | |
| **GLF-5** | Exhibit 1 to Galindo's Motion for Default [Docket Nos. 60 and 60-1] | | | |
| **GLF-6** | MMA's Answer [Docket 58] | | | |
| **GLF-7** | Galindo's Motion to Strike Answer [Docket No. 63] | | | |
| **GLF-8** | MMA's Motion to Extend Time [Docket No. 64] | | | |
| **GLF-9** | Galindo's Response to Motion to Extend Time [Docket No. 65] | | | |
| **GLF-10** | Docket of Adversary Proceeding No. 25-03310 | | | |
| | Any exhibits designated or used by other parties | | | |
| | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| | | | | |
| 1. | Any exhibits necessary for rebuttal or impeachment | | | |
| 2. | | | | |
| 3. | | | | |

Dated:  July 14, 2025.	Respectfully submitted,

                **RUTH A. VAN METER, P.C.**

                By:  */s/ Ruth Van Meter*
                     Ruth Van Meter
                     State Bar No. 20661570
                     ruth@vanmeterlaw.com
                9322 Shady Lane Circle
                Houston, Texas 77063
                (713) 858-2891 (Direct)

                **COUNSEL FOR Cristóbal M. GALINDO, P.C. D/B/A GALINDO LAW FIRM**

                            **- AND -**

                **HAYWARD PLLC**

                By:  */s/ Charlie Shelton*
                     Charlie Shelton
                     State Bar No. 24079317
                     CShelton@HaywardFirm.com
                7600 Burnet Road, Suite 530
                Austin, Texas 78757
                (737) 881-7100 (telephone/fax)

                **COUNSEL FOR Cristóbal M. GALINDO, P.C. D/B/A GALINDO LAW FIRM**

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on July 14, 2025, a true and correct copy of this List was filed with the Court and served via the Court's CM/ECF system upon all parties registered to receive such electronic service in this bankruptcy case, including the U.S. Trustee and the following parties.

Johnie Patterson
Miriam Goott
Walker & Patterson, P.C.
4815 Dacoma
Houston, Texas 77092
713.956.5577
713.956.5570 fax
jjp@walkerandpatterson.com
mgoott@walkerandpatterson.com

                *Ruth Van Meter*
                Ruth Van Meter