United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 18, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | **Chapter 11** |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| **CRISTÓBAL M. GALINDO, P.C. D/B/A** | § | |
| **GALINDO LAW,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Adversary Proceeding No. 25-03310** |
| **vs.** | § | |
| | § | |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Defendant.** | § | |

### ORDER GRANTING UNOPPOSED MOTION OF CRISTÓBAL M. GALINDO, P.C. D/B/A GALINDO LAW TO FILE MOTION FOR LEAVE TO FILE SUR-REPLY TO MMA LAW FIRM, PLLC'S REPLY TO THE PLAINTIFF'S RESPONSE TO MMA LAW FIRM'S MOTION FOR MOTION FOR SUMMARY JUDGMENT AND THE SUPPLEMENT TO THE REPLY

Came on for consideration the Unopposed Motion for Leave to file a Sur-Reply to MMA Law Firm, PLLC's Reply to the Plaintiff's Response to MMA Law Firm's Motion for Motion for Summary Judgment and the Supplement to the Reply (the "**Motion**"). The Court, having considered the Motion, evidence, and any arguments against the Motion, finds it should be Granted. Accordingly, it is hereby:

ORDERED that the Motion is **Granted**, and it is further

ORDERED that the deadline for Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm to file a Sur-Reply to MMA's Combined Reply [Docket Nos. 90 and 92] is extended to through and including Friday, July 18, 2025.

Signed: July 18, 2025

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge