United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § | CASE NO: 24-31596 |
| MMA LAW FIRM, PLLC, | | CHAPTER 11 |
| Debtor. | | |
| CRISTOBAL M. GALINDO P.C., | § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | ADVERSARY NO. 25-3310 |
| MMA LAW FIRM, PLLC, | | |
| Defendant. | | |

**ORDER**
**DENYING MOTION FOR MOOTNESS**
*Resolving ECF No. 113*

On July 18, 2025, Cristobal M. Galindo, P.C. /b/a Galindo Law, filed Amended Emergency Unopposed Motion to Extend Deadline to File a Sur-Reply ("*Motion*")[1].  However, a reply was thereafter filed.[2]  Accordingly, the Motion is moot.  It is therefore

**ORDERED:** that the Motion[3] is **MOOT**, and as such, is **DENIED**.

SIGNED July 21, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 113.
[2] ECF No. 114.
[3] ECF No. 113.