United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE** | § § § | **Chapter 11** |
| **MMA LAW FIRM, PLLC** | § § § | **Case No. 24-31596** |
| **DEBTOR** | § § | |
| **CRISTOBAL M. GALINDO, P.C. D/B/A GALINDO LAW** **Plaintiff** | § § § § § | **Adv. P. No. 25-03310** |
| vs. | § § § | |
| **MMA LAW FIRM, PLLC.** **Defendant** | § § § § | |

**AGREED ORDER MODIFY SCHEDULING ORDER**
[Relates to ECF No. 21]

It is

**ORDERED** that the *Agreed Emergency Motion to Modify Scheduling Order* is granted, and it is further

**ORDERED** that the Comprehensive Scheduling, Pre-Trial and Trial Order [ECF No. 2] (the **"Scheduling Order"**) is modified as follows:

  a. **Close of Fact Discovery**: extended from August 26, 2025 to September 9, 2025.

  b. **Deadline for Party with Burden of Proof to Serve Expert Reports**: extended from September 9, 2025, to September 23, 2025.

  c. **Deadline to Serve Rebuttal Expert Reports**: extended from September 23, 2025, to October 7, 2025.

  d. **Close of Expert Discovery**: extended from October 7, 2025 to October 21, 2025.

It is further **ORDERED** that all other deadlines and provisions of the Scheduling Order shall remain the same, and it is further

**ORDERED** that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: July 29, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

**AGREED AS TO FORM AND CONTENT:**

By: */s/ Miriam T. Goott*

Miriam T. Goott
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208-1301
(713) 956-5577
(713) 956-5570 (fax)
mgoott@walkerandpatterson.com
**COUNSEL FOR MMA LAW FIRM, PLLC**

**RUTH A. VAN METER, P.C.**

By: */s/ Ruth Van Meter*
Ruth Van Meter
State Bar No. 20661570
ruth@vanmeterlaw.com
9322 Shady Lane Circle
Houston, Texas 77063
(713) 858-2891 (Direct)

**COUNSEL FOR Cristóbal M. GALINDO, P.C.
D/B/A GALINDO LAW FIRM**

- AND –

**HAYWARD PLLC**

By: */s/ Charlie Shelton*
Charlie Shelton

State Bar No. 24079317
Cshelton@HaywardFirm.com
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100 (telephone/fax)

**COUNSEL FOR Cristóbal M. GALINDO, P.C.
D/B/A GALINDO LAW FIRM**