United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | **Chapter 11** |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| **CRISTÓBAL M. GALINDO, P.C. D/B/A GALINDO LAW,** | § § § | |
| Plaintiff, | § § | **Adversary Proceeding No. 25-03310** |
| vs. | § § | |
| **MMA LAW FIRM, PLLC,** | § § | |
| Defendant. | § | |

### ORDER GRANTING EMERGENCY UNOPPOSED MOTION OF CRISTÓBAL M. GALINDO, P.C. D/B/A GALINDO LAW FIRM TO TERMINATE SHOW CAUSE ORDER AND CANCEL RELATED HEARING

Came on for consideration the Emergency Unopposed Motion of Cristóbal M. Galindo, P.C. d/b/a Galindo Law Firm to Terminate Show Cause Order and Cancel Related Hearing (the "**Motion**"). The Court, having considered the Motion, evidence, and any arguments against the Motion, finds it should be Granted.  Accordingly, it is hereby:

ORDERED that the Motion is **Granted**, and it is further

ORDERED that the Show Cause Order set forth at Docket No. 106 is TERMINATED; it is further

ORDERED that the hearing set for August 21, 2025 related to Docket No. 106 is cancelled; it is further

ORDERED that the Court retains jurisdiction related to the interpretation and enforcement of this Order.

Signed: August 14, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge