United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 22, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |
| | § | |
| **CRISTOBAL M. GALINDO P.C.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **ADVERSARY NO. 25-3310** |
| | § | |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On Friday, September 19, 2025 the Court entered an order approving the motion to compromise at ECF No. 832 in Case No. 24-31596. Accordingly, it is therefore

**ORDERED:** that

1. Case No. 25-3310 will be closed unless on or before **Tuesday, October 28, 2025** a party-in-interest requests the matter be kept open.

2. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SIGNED October 22, 2025**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**